IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNDREA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:22-cv-84-ECM |
| ) | (wo) |
| BARBOUR COUNTY BOARD OF ) | |
| EDUCATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Now pending before the Court is the Defendant Matthew Alexander's motion to dismiss (doc. 22) filed on April 26, 2022. Upon consideration of the motion, it is ORDERED that on or before **May 12, 2022**, the Plaintiff shall file a brief in response to the motion. The Defendant shall have until **May 19, 2022** to file a reply.

DONE this 28th day of April, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE